**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE**, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**RENTGROW, INC.**,<br><br>    Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 26-2316-KSM** |

## ORDER

**AND NOW**, this 20th day of May, 2026, upon consideration of the representations and arguments of the parties at the telephonic pretrial conference held today (Doc. No. 18), the parties are **ORDERED** to provide the Court letter briefs addressing their respective positions on the proper schedule for and sequencing of discovery in this action.  Each party's letter brief shall not exceed four pages of twelve-point font,[1] with not less than one-inch margins, and shall be simultaneously emailed to the opposing party and Chambers_Judge_Marston@paed.uscourts.gov on **May 29, 2026, at 12:00 p.m. EDT**.

**IT IS FURTHER ORDERED** that the preliminary pretrial conference in this case is **CONTINUED** to **June 1, 2026, at 2:00 p.m. EDT**.  The June 1, 2026 conference will be held **IN-PERSON** in **Courtroom 16B**, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia PA 19106.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] Footnotes shall not be smaller than eleven-point font.