**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JANE DOE**, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> *v.* <br><br> **RENTGROW, INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 26-2316-KSM** |

### <u>ORDER</u>

**AND NOW**, this 8th day of June, 2026, upon consideration of the representations and arguments of the parties at the in-person pretrial conference held June 1, 2026 (Doc. No. 20), and the parties' joint letter, appended to this Order, in which they request new deadlines for upcoming motions, responses to motions, and pleadings, and for good cause shown, it is **ORDERED** that:

1.      This Court's May 7, 2026 Order (Doc. No. 8) setting a June 11, 2026 deadline for Defendant to respond to the Complaint and Plaintiff's motion to proceed under pseudonym is **VACATED**.

2.      Plaintiff shall file an amended complaint and an amended motion to proceed under pseudonym no later than **June 15, 2026, at 5:00 p.m. EDT**.  In light of the foregoing, Plaintiff's motion to proceed under pseudonym (Doc. No. 3) is **DENIED as MOOT**.

3.      Defendant is to email Chambers_Judge_Marston@paed.uscourts.gov and provide the Court its intent to answer or move to dismiss the forthcoming amended complaint no later than **June 29, 2026, at 12:00 p.m. EDT**.

4.      Defendant shall file its responsive pleading or motion and response to the amended motion to proceed under pseudonym no later than **July 13, 2026, at 5:00 p.m. EDT**.  Plaintiff's reply to the amended motion to proceed under pseudonym, if she chooses to file one, shall be due no later than **August 3, 2026, at 5:00 p.m. EDT**.

**IT IS FURTHER ORDERED** that the preliminary pretrial conference in this case is **CONTINUED** to **July 7, 2026, at 11:00 a.m. EDT**.  The conference will be held **IN-PERSON** in **Courtroom 16B**, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia PA 19106. **IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

2