**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANE DOE and JOHN DOE**, on behalf of themselves and all others similarly situated, | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | **NO. 26-cv-02316** |
| **v.** | : | |
| **RENTGROW, INC.,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 15th day of October 2026, upon consideration of Plaintiffs' Amended Motion for Leave to Proceed Under Pseudonyms (ECF No. 23) (the "Motion"), the Response in Opposition (ECF No. 27) and the Reply (ECF No. 28) thereto, and following the Court's October 15, 2026, hearing on the Motion, and for the reasons stated on the record during the hearing, the Court finds that Plaintiffs have failed to make a threshold showing of "both (1) a fear of severe harm, and (2) that the fear of severe harm is reasonable," as required by the Third Circuit's precedential opinion in *Doe v. Megless*, and, alternatively, that balancing the factors favoring and disfavoring anonymity set forth in that decision weigh against allowing the Plaintiffs to proceed using pseudonyms. *See* 654 F.3d 404, 408-410 (3d Cir. 2011). Accordingly, it is **HEREBY ORDERED** that the Motion is **DENIED**.

/s/ Antonio M. Pozos______
**ANTONIO M. POZOS, J.**